Certificate Number: 18430-AZ-DE-032886053

Bankruptcy Case Number: 19-05231



18430-AZ-DE-032886053

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 26, 2019</u>, at <u>8:34</u> o'clock <u>PM MST</u>, <u>Linda Abreu</u> completed a course on personal financial management given <u>by internet</u> by <u>Edward J. Maney, Standing Chapter 13 Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date: <u>May 29, 2019</u>

By: <u>/s/Amy Tate-Almy</u>

Name: <u>Amy Tate-Almy</u>

Title: <u>Financial Counselor and Educator</u>